**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 17-2081**

───────────

GEORGE WILLIAM OGOLA ODERO,

      Petitioner,

  v.

JEFFERSON B. SESSIONS III, Attorney General,

      Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────

Submitted: April 19, 2018         Decided: May 3, 2018

───────────

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Rishi P. Oza, ROBERT BROWN LLC, Cleveland, Ohio, for Petitioner. Chad A. Readler, Acting Assistant Attorney General, Linda S. Wernery, Assistant Director, Steven K. Uejio, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George William Ogola Odero, a native and citizen of Kenya, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the immigration judge's decision finding him removable under 8 U.S.C. § 1227(a)(3)(D)(i) (2012) (providing that an alien "who falsely represents, or has falsely represented, himself to be a citizen of the United States for any purpose or benefit under this chapter . . . or any Federal or State law is deportable").

The Government bears the burden of establishing by clear and convincing evidence that Odero is removable. *See* 8 U.S.C. § 1229a(c)(3)(A) (2012). Based on our thorough review of the record and Odero's assignments of error, we agree with the agency that the Government met its burden of proof in this case. We therefore deny the petition for review for the reasons stated by the Board. *In re Odero* (B.I.A. Aug. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*